# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCES ELLEN DAVENPORT,<br>A/K/A FRANCES ELLEN REED,<br><br>Defendant.<br>_____/ | Case: 2:23-cr-20587<br>Assigned To : Cox, Sean F.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 10/17/2023<br>Description: INDI US V. DAVENPORT (MC)<br><br>Violations:<br>18 U.S.C. § 641<br>42 U.S.C. § 408(a)(4)<br>42 U.S.C. § 1383a(a)(3) |



FILED
OCT 17 2023
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds

1. Beginning in or around November 1998, and continuing through October 2018, in the Eastern District of Michigan, Southern Division, the defendant, FRANCES ELLEN DAVENPORT, A/K/A FRANCES ELLEN REED, willfully and knowingly embezzled, stole, purloined, and converted to her own use, money of the Social Security Administration ("SSA"), a department or agency of the United States, that is, Social Security Act, Title II, Retirement, Disability, and Survivor's Insurance (RSDI) benefits, and Title XVI, Supplemental Security

Income (SSI) benefits having a value greater than $1,000.00; in violation of Title 18, United States Code, Section 641.

## COUNT TWO
## 42 U.S.C. § 408(a)(4) - Social Security Benefit Fraud

2. Beginning in or around November 1998, and continuing through October 2018, in the Eastern District of Michigan, Southern Division, the defendant, FRANCES ELLEN DAVENPORT, A/K/A FRANCES ELLEN REED, in a matter within the jurisdiction of the SSA, having knowledge of the occurrence of any event affecting her initial and continued right to RSDI benefit payments, knowingly and willfully concealed and failed to disclose such event, with the intent to fraudulently secure payment either in a greater amount than is due or when no payment is authorized.

3. Specifically, while receiving RSDI benefits under one social security number, DAVENPORT, A/K/A REED, knowingly and willfully concealed from and failed to disclose to the SSA the fact that she was simultaneously working and earning income and/or receiving Social Security benefits under another social security number, in order to continue receiving monthly RSDI benefits. By such action, the defendant fraudulently obtained approximately $125,000.00 in Social Security Act, Title II, RSDI benefits to which she was not entitled; in violation of Title 42, United States Code, Section 408(a)(4).

## COUNT THREE
### 42 U.S.C. § 1383a(a)(3) – Supplemental Security Income Fraud

4. Beginning in or around November 1998, and continuing through October 2018, in the Eastern District of Michigan, Southern Division, the defendant, FRANCES ELLEN DAVENPORT, A/K/A FRANCES ELLEN REED, in a matter within the jurisdiction of the SSA, having knowledge of the occurrence of any event affecting her initial and continued right to SSI benefit payments, knowingly and willfully concealed and failed to disclose such event, with the intent to fraudulently secure payment either in a greater amount than was due or when no payment was authorized.

5. Specifically, while receiving SSI benefits under one social security number, DAVENPORT, A/K/A REED, knowingly and willfully concealed from and failed to disclose to the SSA the fact that she was simultaneously working and earning income and/or receiving Social Security benefits under another social security number, in order to continue receiving monthly SSI benefits. By such action, the defendant fraudulently obtained approximately $87,000.00 in Social Security Act, Title XVI, Supplemental Security Income Benefits to which she was not entitled; in violation of Title 42, United States Code, Section 1383a(a)(3).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/John K. Neal*
JOHN K. NEAL
Assistant United States Attorney
Chief, White Collar Crime Unit

*s/Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney

Dated: October 17, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:23-cr-20587<br>Assigned To : Cox, Sean F.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 10/17/2023<br>Description: INDI US V. DAVENPORT (MC) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately i

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials:  C.M.L. |

Case Title:    USA v. <u>Frances Ellen Davenport a/k/a Frances Ellen Reed</u>

County where offense occurred:        Oakland

Offense Type:         Felony

Indictment -- **no** prior complaint

## Superseding Case Information

**Superseding to Case No:**  _____      **Judge:**  _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

October 17, 2023
Date

*Corinne M. Lambert* (signature)
Corinne M. Lambert
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Corinne.Lambert@usdoj.gov
(313) 226-9129
Bar #: P74285

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.