| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | **PACTS** 8760653 | **DATE** 12/04/2024 |
|---|---|---|---|---|---|
| **NAME** DAVENPORT, Frances Ellen | | **OFFICER** Mary Whitt | **JUDGE** Sean F. Cox | **DOCKET #** 23-CR-20587-01 | |
| **ORIGINAL SENTENCE DATE** 11/20/2024 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 12 | **PHOTO** | |
| **COMMENCED** 11/20/2024 | | | | | |
| **EXPIRATION** 11/19/2026 | | | | | |
| **REPORT PURPOSE** **REQUEST TO MODIFY CONDITIONS** | | | | | |
| **RECOMMENDATION** **MODIFICATION** | | | | | |
| **ORIGINAL OFFENSE** Count 1: 18 U.S.C. § 641, Theft of Government Funds | | | | | |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 1 day (time served), to be followed by a 2-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgement. You must also notify the Court of any changes in economic circumstances that might affect the ability to pay this financial penalty.
2. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.
3. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
4. Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligation; or other activities as pre-approved by the probation officer for a period of 365 days.

    - You will be monitored by the form of location monitoring technology indicated below for a period of 365 days, and you must follow the rules and regulations of the location monitoring program.
        o GPS Monitoring (including hybrid GPS). The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court or probation officer.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>8760653 | DATE<br>12/04/2024 |
|---|---|---|---|---|
| **NAME**<br>DAVENPORT, Frances Ellen | **OFFICER**<br>Mary Whitt | **JUDGE**<br>Sean F. Cox | | **DOCKET #**<br>23-CR-20587-01 |

Criminal Monetary Penalties: Special Assessment $100.00 (paid); Restitution $145,998.85 (balance: $145,998.85).

### PETITIONING THE COURT
To modify the condition(s) of supervised release as follows:

REMOVE:

"Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligation; or other activities as pre-approved by the probation officer for a period of 365 days.
- You will be monitored by the form of location monitoring technology indicated below for a period of 365 days, and you must follow the rules and regulations of the location monitoring program.
  o GPS Monitoring (including hybrid GPS). The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court or probation officer."

ADD:

"You shall participate in the Location Monitoring Program using virtual mobile application technology for a period of 365 consecutive days. You are restricted to your residence at all times except for religious services; medical; court-ordered obligation; or other activities as pre-approved by the probation officer and shall abide by all technology requirements. You must allow the probation officer to conduct initial and periodic inspections of the mobile device to verify that the monitoring software is functional, that the required configurations (e.g., locational services) are unaltered, and that no efforts have been made to alter the mobile application's functionality. The participant shall pay all or part of the costs of participation in the location monitoring program, including equipment loss and damage, as directed by the court or the probation officer."

### CAUSE

On November 20, 2024, DAVENPORT was sentenced and ordered to serve the first 365 days of supervised release on home detention with a GPS tether/ankle monitor. Due to DAVENPORT's age and physical health, which includes hypertension, the probation department would prefer to use a non-equipment form of monitoring technology to ensure her compliance with home detention. Smartlink is an application for a smart phone and will locate DAVENPORT using GPS technology through the phone. This will not require DAVENPORT to wear an ankle monitor. DAVENPORT and her granddaughter were informed of the requirements of the mobile application technology and agreed to this modification. Further, she agreed to allow the probation officer to inspect her mobile phone to ensure compliance with the location monitoring.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 8760653 | DATE 12/04/2024 |
|---|---|---|---|---|
| **NAME** DAVENPORT, Frances Ellen | | **OFFICER** Mary Whitt | **JUDGE** Sean F. Cox | **DOCKET #** 23-CR-20587-01 |

The probation department spoke with Corinne Lambert of the United States Attorney's office, who had no objection to the proposed modification.

As noted above, DAVENPORT signed the Probation Form 49. DAVENPORT has been advised of her right to counsel in this matter and has agreed to waive this right by signing the attached waiver of hearing form.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on December 4, 2024, revealed no new criminal activity.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| **PROBATION OFFICER** s/Mary Whitt/djl (313) 234-5423 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson (313) 234-5460 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ] Modification as Noted Above

[ ] Other

s/Sean F. Cox
Chief United States District Judge

12/11/2024
Date