PROB 49
(9/18)

# United States District Court

Eastern     District of     Michigan

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

☒ I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

"You shall participate in the Location Monitoring Program using virtual mobile application technology for a period of 365 consecutive days. You are restricted to your residence at all times except for religious services; medical; court-ordered obligation; or other activities as pre-approved by the probation officer and shall abide by all technology requirements. You must allow the probation officer to conduct initial and periodic inspections of the mobile device to verify that the monitoring software is functional, that the required configurations (e.g., locational services) are unaltered, and that no efforts have been made to alter the mobile application's functionality. The participant shall pay all or part of the costs of participation in the location monitoring program, including equipment loss and damage, as directed by the court or the probation officer."

Witness _____     Signed _____
          (U.S. Probation Officer)                           (Probationer or Supervised Releasee)

12/2/2024
(Date)